EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

BEVERLY WEE SAMESHIMA #2556
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail: Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 18 2004

at _____o'clock and ____min.____M
WALTER A.Y.H. CHINN, CLERK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 18 2004

at_____o'clock and ____min.____M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 04-0458 LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOR DISMISSAL |
| vs. | ) | |
| | ) | |
| CRAIG KIYOSHI IWASE, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL

        Pursuant to Rule 48(a) of the Federal Rules of Criminal
Procedure and by leave of court endorsed hereon, the United
States Attorney for the District of Hawaii hereby dismisses the
Complaint against CRAIG KIYOSHI IWASE without prejudice on the
ground(s) that the investigation is continuing.

The defendant is in custody on the dismissed charge listed above.

DATED: June 18, 2004, at Honolulu, Hawaii.

                    EDWARD H. KUBO, JR.
                    UNITED STATES ATTORNEY
                    District of Hawaii

                    By _____
                       BEVERLY WEE SAMESHIMA
                       Assistant U.S. Attorney


Leave of court is granted for the filing of the foregoing dismissal without prejudice.



                    _____
                    UNITED STATES MAGISTRATE JUDGE




United States v. CRAIG KIYOSHI IWASE
Mag. No. 04-0458 LEK
    "Order for Dismissal"

copies:    United States Marshal
           Drug Enforcement Administration [Investigative Agency]
           Attorney for Defendant